HACKENSACK WATER COMPANY v. BOROUGH OF HAWORTH.

June 3, 1981.

Petition for certification denied.   (See 178 *N.J.Super.* 251)

PAUL A. STENZEL v. COLLINS EXTERMINATING &
WATERPROOFING CO., INC.

June 3, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM DE NOBLE, JR.

June 3, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. WARREN HERRING.

June 3, 1981.

Petition for certification denied.